IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| TRACY HAZEN, ) | No. 4:14-cv-539 |
| Plaintiff, ) | |
| ) | VOLUNTARY DISMISSAL |
| vs. ) | |
| GC SERVICES, LP, ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TRACY HAZEN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: September 29, 2014

By: /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
MO Bar No. 49862
827 Armstrong Ave
Kansas City, KS 66101
(913) 281-0699
rprobst@probst-law.com
Attorneys for Plaintiff

VOLUNTARY DISMISSAL

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System A copy of said Notice was mailed to Carlos Ortiz, Attorney for Defendant at the address listed below via the USPS.

Carlos Ortiz
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago IL 60601-1081

s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
Attorney for Plaintiff